2012 SEP 24 P 1:57
September 20, 2012

Judge Terry F. Moorer
United States Magistrate Judge
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Dear Judge Moorer:

    This letter is written by the Plaintiff, Chester C. Carroll, in relation to Civil ACT. NO. 2-11CV1037-MHT. The purpose is to provide additional information on any delays of discovery efforts by the plaintiff, supporting continuance of the case, in view of the abrupt withdrawal of Plaintiff Counsel.

    Plaintiff has been attending to his medical condition beginning with surgery and medical procedures related to it, conducted at East Alabama Medical Center on July 31, 2012, and continuing treatment there. Treatment was continued at MD Anderson Medical Cancer Center, located in Houston, Texas, on September 8th through 14th. Additional treatment and surgery is scheduled in Houston on September 25, 2012, through October 5, 2012. Treatment and procedure schedule is attached for reference.

    The prognosis is good and the plaintiff looks to total recovery. He continues to conduct research supporting the case and will be prepared to provide detail of infringement actions following his recovery.

Sincerely yours,

Chester C. Carroll

cc:  Thomas B. Walsh, IV
     Fish & Richardson P. C.
     1717 Main Street, Suite 500
     Dallas, Texas 75201
     Attorneys for Defendant
     Texas Instruments Incorporated



**MDAnderson**

- Home
- Secure Messaging
- Appointments
- Personal Health Record
- Calendar
- Pharmacy
- Daily Journal
- Billing/Financial
- Profile/Setup
- Patient Education
- FAQs
- Feedback
- Help
- Site Map
- Search
- Logout

MDAnderson
Cancer Center
*Making Cancer History*

# Head and Neck Center

Welcome CHESTER CARROLL                                            Thursday, September 20, 2012

Schedule < Appointments < Home

To view details such as location and directions, or to cancel or reschedule an appointment, select the appointment description.

You may limit the number of appointments displayed by entering start and end dates below.

Start Date _____ (MM/DD/YYYY)
End Date _____ (MM/DD/YYYY)

☐ Show directions

[ Submit ]

🖨 Printer friendly version

| Date / Time | Description | Location | Status |
|---|---|---|---|
| 09/25/2012 01:30 PM | MELANOMA RADIOTHERAPY | Melanoma & Skin Center | ↻ ✗ |
| Melanoma & Skin Center is located in the Main Building on the 9th Floor near Elevator C. | | | |
| 09/26/2012 09:30 AM | PATIENT CHECK-IN | Head & Neck Center | ↻ ✗ |
| Head & Neck Center is located in the Main Building on the 10th Floor near Elevator A. | | | |
| 09/26/2012 10:00 AM | STURGIS, ERICH M.D. | Head & Neck Center | ↻ ✗ |
| Head & Neck Center is located in the Main Building on the 10th Floor near Elevator A. | | | |
| 09/27/2012 12:00 PM | BLOOD/SPECIMEN COLLECTION | Diagnostic Center | ↻ ✗ |
| Diagnostic Center is located in the Main Building on the 2nd Floor near Elevator A ***. | | | |
| 09/27/2012 12:30 PM | CHEST, PA & LAT | Diagnostic Center | ↻ ✗ |
| Diagnostic Center is located in the Main Building on the 2nd Floor near Elevator A ***. | | | |
| 09/27/2012 12:45 PM | EKG - RESTING | Diagnostic Center | ↻ ✗ |
| Diagnostic Center is located in the Main Building on the 2nd Floor near Elevator A ***. | | | |
| 09/27/2012 01:00 PM | BEDIKIAN, AGOP M.D. | Melanoma & Skin Center | ↻ ✗ |
| Melanoma & Skin Center is located in the Main Building on the 9th Floor near Elevator C. | | | |
| 09/28/2012 09:30 AM | PATIENT CHECK-IN | Internal Medicine Center | ↻ ✗ |
| Internal Medicine Center is located in the Main Building on the 6th Floor near Elevator A. | | | |
| 09/28/2012 10:00 AM | GAO, SHUWEI M.D. | Internal Medicine Center | ↻ ✗ |
| Internal Medicine Center is located in the Main Building on the 6th Floor near Elevator A. | | | |
| 09/28/2012 01:15 PM | PATIENT CHECK-IN | Anesthesia Assessment Center | ↻ ✗ |
| Anesthesia Assessment Center is located in the Main Building on the 6th Floor near Elevator A. | | | |
| 09/28/2012 01:30 PM | ANESTHESIA ASSESSMENT FOR OR | Anesthesia Assessment Center | ↻ ✗ |
| Anesthesia Assessment Center is located in the Main Building on the 6th Floor near Elevator A. | | | |

[ Request Appointment ]