IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHESTER CARROLL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:11CV1037-MHT ) |
| TEXAS INSTRUMENTS, INC., | ) ) |
| Defendant. | ) |

**ORDER**

On September 24, 2012, the court entered an order setting a status and scheduling conference, as well as oral argument on the Motion for Summary Judgment, on October 17, 2012. (Doc. No. 49.) The court subsequently received a Notice from Plaintiff indicating that he is undergoing medical treatment for a serious health condition. (Doc. No. 50.) The court construes the Notice as including a Motion to Continue the Status and Scheduling Conference and Oral Argument. A continuance will allow the plaintiff time to recover and obtain new counsel, in the event he chooses to do so. For good cause, it is

ORDERED as follows:

(1)　The Motion to Continue the Status and Scheduling Conference and Oral Argument be and is hereby GRANTED. The status and scheduling conference and oral argument shall be RESET from October 17, 2012 to **November 19, 2012 at 10:00 a.m.** in Courtroom 4A, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The plaintiff is GRANTED an extension from October 15, 2012, to **November 16, 2012**, to file a Response to the Defendant's Motion for Summary Judgment, in which he shall show cause why this case should not be dismissed for his failure to provide infringement contentions in compliance with the directives of the Order entered on August 30, 2012. (Doc. No. 45.)

(3) The STAY of all other deadlines in this case shall be extended from October 25, 2012 to November 26, 2012.

**The plaintiff is specifically cautioned that if he fails to appear as required by this order, the court will treat his failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

DONE this 25th day of September, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE