| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Chester C. Carroll* ☐ Agent ☒ Addressee<br>B. Received by (*Printed Name*) / C. Date of Delivery<br>*Chester C. Carroll*  9-25-12 |
| 1. Article Addressed to:<br><br>Chester Carroll<br>20665 Senator Claude Pepper Drive<br>Camp Hill, AL 36850<br><br>11-1037 (49) Order | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7012 1010 0003 5211 7867 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540