IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHESTER CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:11CV1037-MHT |
| | ) | |
| TEXAS INSTRUMENTS | ) | |
| INCORPORATED, | ) | |
| Defendant. | ) | |

**ORDER**

For good cause, it is

ORDERED that the claim construction hearing set for January 29, 2013 be and is hereby CONTINUED generally.

Done this 25th day of January, 2013.

　　　　　　　　　　　　　　　　/s/Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE