IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHESTER CARROLL, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )     2:11cv1037-MHT |
| | ) |
| TEXAS INSTRUMENTS, INC., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Because of the pending recommendation of the magistrate judge, it is ORDERED that the pretrial, now set for June 4, 2013, and the trial now set for July 1, 2013, are continued generally.

DONE, this the 28th day of May, 2013.


                 /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE