IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHESTER CARROLL,        ) | |
|                     ) | |
|     Plaintiff,  ) | |
|                     ) | CIVIL ACTION NO. |
|   v.     ) | 2:11cv1037-MHT |
|                     ) | (WO) |
| TEXAS INSTRUMENTS, INC.,  ) | |
|                     ) | |
|     Defendant.  ) | |

OPINION

Plaintiff Chester Carroll brings this patent-infringement lawsuit against defendant Texas Instruments, Inc., claiming that Texas Instruments directly and indirectly infringed his patents through the manufacture and sale of analog-to-digital converters. This lawsuit is now before the court on the United States Magistrate Judge's recommendation that Texas Instruments' motion for summary judgment should be granted. Also before the court are Carroll's objections to that recommendation. After an independent and de novo review of the record, the court

concludes that Carroll's objections should be overruled and the recommendation adopted. Ever since the recommendation was entered and even after Carroll obtained new counsel, he has still yet to develop and submit his infringement contentions or otherwise indicate that he is near ready.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2015.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE