IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHESTER CARROLL,              )
                              )
    Plaintiff,                )
                              )
                              )     CIVIL ACTION NO.
    v.                        )       2:11cv1037-MHT
                              )           (WO)
TEXAS INSTRUMENTS, INC.,      )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Chester Carroll's objections (doc. no. 57) are overruled.

(2) The magistrate judge's recommendation (doc. no. 55) is adopted.

(3) Defendant Texas Instruments, Inc.'s motion for summary judgment (doc. no. 48) is granted.

(4) Judgment is entered in favor of defendant Texas Instruments, Inc. and against plaintiff

Carroll, with plaintiff Carroll taking nothing by his complaint.

It is further ORDERED that all other pending motions are denied.

It is further ORDERED that costs are taxed against plaintiff Carroll, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2015.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**